■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v AUERO TORRES, Appellant. [933 NYS2d 861]—

We find that regardless of whether defendant's correct point score would make him a presumptive level two offender, this case clearly warrants application of the presumptive override for a prior felony sex crime conviction, and it does not warrant a downward departure. The prior and present convictions involved violent, predatory conduct, and the two incidents were remarkably similar. This demonstrated a serious threat of recidivism (*see e.g. People v Reid*, 49 AD3d 338, 339 [2008], *lv denied* 10 NY3d 713 [2008]), notwithstanding the passage of time between the two incidents. Concur—Mazzarelli, J.P., Friedman, Catterson, Renwick and DeGrasse, JJ.